**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**DAVID LORENZO CRUZ,**

        **Plaintiff,**

**v.**                                        Case No:  6:19-cv-1159-Orl-40TBS

**KAI JIE INC, and FA RONG ZHANG,**

        **Defendants.**

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on this 27th day of June 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

1