UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:19-cv-1159

**DAVID LORENZO CRUZ**,

    Plaintiff,

v.

**KAI JIE INC**,
d/b/a Crystal Buffet Hibachi & Grill
a Florida Corporation,
**FA RONG ZHANG**, individually

    Defendants.
_____/

## **PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, David Lorenzo Cruz, by and through the undersigned counsel, pursuant to Court Order D.E. [5], hereby files Plaintiff's Certificate of Interested Parties and in support thereof, states, as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have interest in the outcome of this action- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to an party in the case:

   a. Plaintiff, David Lorenzo Cruz.

   b. Plaintiff's counsel, Monica Espino, Esq., and her law firm Espino Law, P.L.

   c. Defendant, Kai Jie Inc.

   d. Defendant, Fa Rong Zhang.

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

4. The name of each victim (individual corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case will immediately notify the Court in writing on learning of any such conflict.

Dated this 3rd day of July 2019.

/s/Monica Espino, Esq
Monica Espino, Esq

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing, this 3rd day of July, 2019.

By: /s/ Monica Espino
Florida Bar No. 834491
ESPINO LAW
Counsel for Plaintiff
2655 S Le Jeune Road, Suite 802
Miami, Florida 33134
Telephone: (305) 704-3172
E-mail: me@espino-law.com
Secondary: legal@espino-law.com