## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:19-CV-1159-ORL-40TBS

Plaintiff:
DAVID LORENZO CRUZ, Individually

vs.

Defendant:
KAI JIE INC, d/b/a Crystal buffet hibachi & Grill, a Florida Corp, and FA RONG ZHANG, individually

For:
MONICA ESPINO, ESQ
ESPINO LAW
2655 SOUTH LE JEUNE ROAD
SUITE #802
CORAL GABLES, FL 33134

Received by BRICKELL COURIER SERVICES, INC on the 26th day of June, 2019 at 9:52 am to be served on KAI JIE INC D/B/A CRYSTAL BUFFET HIBACHI & GRILL C/O REGISTERED AGENT FA RONG ZHANG, 3160 W. NEW HAVEN AVE, WEST MELBOURNE, FL 32904.

I Michael Carrano #501, do hereby affirm that on the 1st day of July, 2019 at 11:15 am, I:

SERVED the within named CORPORATION by delivering a true copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET with the date and hour of service endorsed thereon by me to TRACY LIN as MANAGER of the within named corporation, in compliance with state statutes.

I am over the age of 18 and have no interest in the above action.

No Notary Required pursuant to F.S. 92.525(2).

Michael Carrano #501
Process Server

BRICKELL COURIER SERVICES, INC
P.O. Box 01-1310
Miami, FL 33145
(305) 350-3224

Our Job Serial Number: JCI-2019000692

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

DAVID LORENZO CRUZ, individually )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 6:19-cv-1159-ORL-40TBS
)
KAI JIE INC, d/b/a Crystal Buffet Hibachi & Grill, a )
Florida Corp, and FA RONG ZHANG, individually )
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KAI JIE INC, d/b/a Crystal Buffet Hibachi & Grill,
c/o its Registered Agent FA RONG ZHANG
3160 W. New Haven Ave
W. Melbourne, FL 32904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Monica Espino, Esq
Espino Law
2655 South Le Jeune Road
Ste 802
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __ Jun 24, 2019 __

Signature of Clerk