## AMENDED RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of Florida

Case Number: 6:19-CV-1159-ORL-40TBS

Plaintiff:
DAVID LORENZO CRUZ, Individually

vs

Defendant:
KAI JIE INC, d/b/a Crystal buffet hibachi & Grill, a Florida Corp, and FA RONG ZHANG, individually

For:
MONICA ESPINO, ESQ
ESPINO LAW
2655 SOUTH LE JEUNE ROAD
SUITE#802
CORAL GABLES, FL 33134

Received by BRICKELL COURIER SERVICES, INC on the 25th day of June, 2019 at 9:52 am to be served on KAI JIE INC D/B/A CRYSTAL BUFFET HIBACHI & GRILL C/O REGISTERED AGENT FA RONG ZHANG, 3160 W. NEW HAVEN AVE, WEST MELBOURNE, FL 32904.

I, Michael Carrano #501, do hereby affirm that on the **1st day of July, 2019 at 11:15 am**, I:

SERVED the within named **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me to TRACY LIN as MANAGER of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
Responded to the address given, which is a businesss during registered agent times and spoke to Tracy Lin. At this time she stated that Fa Rong Zhang who is the registered agent was unavailable because he lives in Jacksonville, Fl. In the absence of Registered Agent Fa Rong Zhang and being present at the hours to serve the Registered Agent from 10am to 12pm under Florida Statue 48.091. I served the documents to Tracy Lin as manager for Kai Jie, Inc. d/b/a Crystal Buffet & Grill.

## AMENDED RETURN OF SERVICE For 6:19-CV-1159-ORL-40TBS

I am over the age of 18 and have no interest in the above action.

No Notary Required pursuant to F.S. 92.525(2)

Michael Carrano #501
Process Server

BRICKELL COURIER SERVICES, INC
P.O. Box 01-1310
Miami, FL 33145
(305) 350-3224

Our Job Serial Number: JCI-2019000692