UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:19-cv-01159-PGB-TBS

**DAVID LORENZO CRUZ**,

    Plaintiff,

v.

**KAI JIE INC**,
d/b/a Crystal Buffet Hibachi & Grill
a Florida Corporation,
**FA RONG ZHANG**, individually

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH COURT'S SCHEDULING ORDER D.E 22**

    Plaintiff, DAVID LORENZO CRUZ, hereby files this Notice of Compliance with the Court's Scheduling Order [D.E. 22], and in support, states, as follows:

1.     There are no documents in Plaintiff's possession, custody and/or control that pertain to unpaid wages claimed in the Complaint as Plaintiff was paid cash.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on October 11, 2019. I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served electronically on all counsel of record.

    By: /s/ Monica Espino
    Monica Espino, Esq.
    Florida Bar No. 834491
    Espino Law
    2655 S. Le Jeune Road Ste 802
    Coral Gables, FL 33134
    Tel.: 305.704.3172
    Email: me@espino-law.com
    Secondary: legal@espino-law.com
    *Counsel for Plaintiff*