## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CASE NO.:19-cv-01159-PGB-TBS**

DAVID LORENZO CRUZ,

    Plaintiff,

v.

KAI JIE INC,
d/b/a Crystal Buffet Hibachi & Grill
a Florida Corporation,
FA RONG ZHANG, individually

    Defendants.
_____/

## NOTICE OF FILING RESPONSES TO COURT'S INTERROGATORIES

Plaintiff, David Lorenzo Cruz, through undersigned counsel, filed this its Notice of Filing responses to this Honorable Court's Interrogatories [D.E. 22] attached hereto as Exhibit "A"

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF and in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing, this 1st day of November, 2019.

                                          By: /s/ Monica Espino
                                          Florida Bar No. 834491
                                          ESPINO LAW
                                          *Counsel for Plaintiff*
                                          2655 S Le Jeune Road, Suite 802
                                          Miami, Florida 33134
                                          Telephone: (305) 704-3172
                                          Facsimile: (305) 722-7378
                                          E-mail: me@espino-law.com

**EXHIBIT "A"**

**RESPONSES TO COURT INTERROGATORIES**

1. During what period of time were you employed by the Defendant(s)?

**Response: I was employed by Defendant(s) a period of eight (8) months, from February 1, 2018 through October 19, 2018.**

2. Who was your immediate supervisor?

**Response: Fa Rong Zhang was my Supervisor**.

3. Did you have a regularly scheduled work period? If so, specify.

**Response: My work schedule was from Monday through Sunday, no lunch breaks, seven (7) days per week.**

4. What was your title or position? Briefly describe your job duties.

**Response: I was employed as a Dishwasher. My duties included washing the dishes, cleaning the dishes from the tables, help cutting the vegetables in the kitchen, maintain the work area in clean conditions before closing the restaurant.**

5. What was your regular rate of pay?

**Response: I was paid $1,400.00 per month.**

6. What is the nature of your claim (check all that apply)?

   \_\_\_\_\_ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

   \_\_\_\_\_ Misclassification (Defendant mistakenly classified you as exempt from overtime);

   \_\_\_\_\_ Miscalculation (Defendant failed to correctly calculate your compensation);

   \_\_x\_\_ Other (Please describe):

   **Answer: Defendant failed to pay Plaintiff, properly for all hours worked (including minimum and overtime hours).**

7. Provide an accounting of your claim, including:

**(a)** Dates: **February 1, 2018 through October 19, 2018.**

**(b)** regular hours worked: **40 regular hours per week**

      Monday 10:00 a.m. through 10:00 p.m. no lunch break
      Tuesday 10:00 a.m. through 10:00 p.m. no lunch break
      Wednesday 10:00 a.m. through 10:00 p.m. no lunch break
      Thursday 10:00 a.m. through 10:00 p.m. no lunch break
      Friday 10:00 a.m. through 11:00 p.m. no lunch break
      Saturday 10:00 a.m. through 11:00 p.m. no lunch break
      Sunday 10:00 a.m. through 10:00 p.m. no lunch break

(c) over-time hours worked: **46 hours of over-time per week.**

(d) Pay received versus pay claimed**: $1,400.00 pay received**
             **Pay claimed (*See below (e)*)**

(e) Total amount claimed: **$26,665.16 minimum wage owed (liquidated damages)**
       **$14,024.48 over time wages owed (liquidated damages)**

**Calculations:**

**Minimum Wages Owed:**

**$1,400.00 / 344 hours per month=$4.06 per hour**

**Florida Minimum Wage: $8.25 - $4.06 p/h =$4.19**

**$4.19 x 86 hours = $360.34**
**$360.34 x 37 wks = $13,332.58**
**$13,332.58 x 2 = $26,665.16 (liquidated damages)**

**Overtime Wages owed:**

**$1,400.00 / 344 hours per month=$4.06 per hour**

**$8.25 divided 2 = $4.12**

**$4.12 x 46 hrs = $189.52**
**$186.52 x 37 wks = $7,012.24**
**$7,012.24 x 2 = $14,024.48 (liquidated damages)**

8. If you have brought this case as a collective action:

 (a) Describe the class of employees you seek to include in this action.

   **Answer: A Motion for collective action has not been filed at this time.**

 (b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

   **Answer: n.a.**

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

   Answer:   Attorney's fees: $5,533.40.
   Costs: $653.40
   Hourly Rate: $400.00 per hour for Monica Espino, Esq
   Hours expended: 12.20

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA.

    **Response: April 10, 2019.**

11. Was this complaint written or oral? (If written complaint, please attach a copy).

    **Response: It was a written demand letter prior to the filing suit sent by my attorney to Defendants.**

12. What was your employer's response? (If a written response, please attach a copy)

    **Response: No written response has been received by Plaintiff's counsel to date.**

## VERIFICATION PAGE

I declare under penalty of perjury under the laws of the United States of America, and under 28 USC 1746, that the foregoing in true and correct.

DAVID LORENZO CRUZ