## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:19-CV-1159-ORL40TBS

Plaintiff:
DAVID LORENZO CRUZ

vs.

Defendant:
KAI JIE INC. d/b/a CRYSTAL BUFFET HIBACHI & GRILL, a Florida Corp. and FA RONG ZHANG

For:
Monica Espino Esq.
Espino Law, P.L.
2655 S. Le Jeune Road, Suite 802
Coral Gables, FL 33134

Received by Brickell Courier Services on the 1st day of November, 2019 at 12:58 pm to be served on FA RONG ZHANG, 3160 W. New Haven Ave., West Melbourne, FL 32904.

I, Michael Carrano, do hereby affirm that on the 7th day of November, 2019 at 11:40 am, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons, Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: Tracy Lin as Daughter- In- Law at the address of: 3160 W. New Haven Avenue, West Melbourne, FL 32904, who stated they are authorized to accept service for FA RONG ZHANG, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the forgoing return of service and that the facts stated in it true per F.S. 92.535(2). Notary not required.

Michael Carrano
Process Server# 501

Brickell Courier Services
P.O Box 01-1310
Miami, FL 33101
(305) 350-3224

Our Job Serial Number: BKS-2019000723
Ref: DAVID LORENZO CRUZ

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

DAVID LORENZO CRUZ, Individually )
)
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 6:19-cv-1159-ORL-40TBS
)
KAI JIE INC, d/b/a Crystal Buffet Hibachi & Grill, a )
Florida Corp, and FA RONG ZHANG, individually )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FA RONG ZHANG
3160 W. New Haven Ave
W. Melbourne, FL 32904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Monica Espino, Esq
Espino Law
2655 South Le Jeune Road
Ste 802
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __Jun 24, 2019__                                                  *Alba Concepcion*
                                                                         *Signature of Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: