UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:19-cv-01159-PGB-TBS

DAVID LORENZO CRUZ,

    Plaintiff,

v.

KAI JIE INC,
d/b/a Crystal Buffet Hibachi & Grill
a Florida Corporation,
FA RONG ZHANG, individually

    Defendants.
    _____/

## PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, David Lorenzo Cruz ("Plaintiff"), files this Motion for Entry of Clerk's Default against Defendant, Fa Rong Zhang. ("Zhang"), and in support states as follows:

1. On June 21, 2019, Plaintiff filed an action against Defendant, Zhang for violations of the overtime and minimum wage provisions of the Fair Labor Standards Act ("FLSA") [DE 1].

2. On November 7, 2019, Zhang was served with a copy of the Summons and Complaint [DE 32].

3. Zhang was required to respond to the Complaint by November 27, 2019, but to date has failed to do so.

4. As a result, Plaintiff moves for a clerk default against Zhang.

WHEREFORE, Plaintiff, David Lorenzo Cruz, respectfully requests the Clerk to enter a default against Defendant, Fa Rong Zhang, and for such further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing, this 3rd day of December 2019.

By: /s/ Monica Espino
Monica Espino, Esq.
Florida Bar No. 834491
Espino Law
2655 S. Le Jeune Road Ste 802
Coral Gables, FL 33134
Tel.: 305.704.3172
Fax: 305.722.7378
Email: me@espino-law.com
Secondary: legal@espino-law.com
*Counsel for Plaintiff*