# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

### CASE NO.:19-cv-01159-PGB-TBS

**DAVID LORENZO CRUZ**,

    Plaintiff,

v.

**KAI JIE INC**,
d/b/a Crystal Buffet Hibachi & Grill
a Florida Corporation,
**FA RONG ZHANG**, individually

    Defendants.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT FA RONG ZHANG

Plaintiff, David Lorenzo Cruz (herein "Plaintiff") by and through the undersigned counsel files this his Motion for Extension of time to serve Defendant, Fa Rong Zhang (herein "Defendant"), and in support states as follows:

1. On or about June 24, 2019, Plaintiff initiated this action against Defendants [D.E.1].
2. On or about September 20, 2019, this Honorable Court entered and Order requiring Plaintiff to serve Defendant and file proof on or before October 20, 2019 [D.E. 21].
3. On or about October 1, 2019, Plaintiff filed a Return of Non-Service [D.E. 23].
4. On or about October 21, 2019, Plaintiff filed a Motion for Extension of Time to serve Defendant Fa Rong Zhang [D.E 26].
5. On or about October 25, 2019, Plaintiff filed an Unopposed Motion for Extension of Time to Serve Defendant Fa Rong Zhang [D.E. 28].
6. On or about November 13, 2019, Plaintiff filed a Return of Service [D.E. 32].
7. On or about December 3, 2019, Plaintiff filed a Motion for Entry of Clerk's Default [D.E. 35].
8. On or about December 19, 2019, This Honorable Court Entered an Order Denying Plaintiff's Motion for Entry of Clerk's Default and requested for Plaintiff to serve

       Defendant Fa Rong Zhang and file proof of same on or before January 3, 2020 [D.E. 35]

9. Plaintiff is yet to serve Defendant, Fa Rong Zhang despite his numerous attempts via service of process and continuous search for Defendant.

10. On or about January 3, 2020, counsel for Plaintiff filed two different affidavits of Non-Service for Defendant Fa Rong Zhang. Plaintiff attempted serving Defendant in two different locations: Jacksonville and New York without success. [D.E. 39 and 40]

11. On or about January 3, 2020, counsel for Plaintiff called and email attorney for Defendant Kai Jie Inc, Baya W. Harrison, Esq, to no avail. Therefore, Plaintiff counsel is unaware as to his position to the relief sough in this motion.

12. The request contained herein is brought in Good Faith and not intended for purposes of delay, nor will it cause prejudice to the Court or any party to this action.

13. With an additional thirty (30) days Plaintiff should be able to finalize its search for Defendants and serve the Summons and Complaint accordingly.

       WHEREFORE, Plaintiff Lorenzo Cruz David, respectfully request for this Court to grant his Motion for Extension of time within which to serve Defendant's with the Summons and Complaint in the above styled matter.

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing, this 3rd day of January, 2020.

       By: /s/ Monica Espino
       Florida Bar No. 834491
       ESPINO LAW
       Counsel for Plaintiff
       2655 S Le Jeune Road, Suite 802
       Miami, Florida 33134
       Telephone: (305) 704-3172
       E-mail: me@espino-law.com