UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.:19-cv-01159-PGB-TBS

DAVID LORENZO CRUZ,

    Plaintiff,

v.

KAI JIE INC,
d/b/a Crystal Buffet Hibachi & Grill
a Florida Corporation,
FA RONG ZHANG, individually

    Defendants.
_____/

## JOINT NOTICE PROPOSING THREE DATES TO SCHEDULE SETTLEMENT CONFERENCE BEFORE U.S MAGISTRATE JUDGE PURSUANT TO COURT ORDER D.E 38

    Plaintiff, David Lorenzo Cruz ("Plaintiff"), and Defendant, Kai Jie Inc., ("Defendant") (herein referred as "The Parties") respectfully provides this Honorable Court pursuant to Order [D.E. 38] its availability to attend to a settlement conference before Magistrate Judge. The parties are available the following three dates: February 3, 2020, February 5, 2020, and February 6, 2020.

    WHEREFORE, the parties respectfully request the Court to enter an Order to schedule a settlement conference before Magistrate Judge any of the above provided dates.

    Respectfully submitted on this 16th day of January 2020.

| | |
|---|---|
| By: /s/ Monica Espino, Esq<br>Florida Bar No. 834491<br>ESPINO LAW P.L.<br>2655 S Le Jeune Road, Ste 802<br>Coral Gables, Florida 33134<br>Telephone: (305) 704-3172<br>E-mail: me@espino-law.com<br>Secondary: legal@espino-law.com<br>*Counsel for Plaintiff* | By:/s/Baya W. Harrison, Esq.<br>Florida Bar No. 114085<br>The Harrison Law Firm P.C<br>38-08 Union Street, Suite 11A,<br>Flushing, NY 11354<br>Phone: 866-943-2692<br>Email: bwh@heboya.com<br>*Counsel for Defendant Kai Jie Inc* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing, this 16th day of January, 2020.

By: /s/ Monica Espino<br>
Monica Espino, Esq.<br>
Florida Bar No. 834491<br>
Espino Law<br>
2655 S. Le Jeune Road, Ste 802<br>
Coral Gables, FL 33134<br>
Tel.: 305.704.3172<br>
Fax: 305.722.7378<br>
Email: me@espino-law.com<br>
Secondary: legal@espino-law.com<br>
*Counsel for Plaintiff*
