## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CASE NO.: 1:19-CV-1159-ORL-40EJK

**DAVID LORENZO CRUZ**

 Plaintiff,

v.

**KAI JIE INC, and FA RONG ZHANG,**

 Defendants.
_____/

## NOTICE OF MEDIATION

Pursuant to this Court's Case Management Order, dated January 07, 2020 [DE 42], Plaintiff, David Lorenzo Cruz, and Defendant, Kai Jie Inc (collectively the "Parties") give notice that the parties have mutually agreed to Mediate the above matter before Travis Hollifield, Esq., with offices at 147 E. Lyman Ave, Ste C, Winter Park, FL 32789, on March 6, 2020 commencing at 10:30 a.m.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served in the manner specified, either via transmission of Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counselor parties who are not authorized to receive electronically Notices of Electronic Filing, this 21st day of January 2020.

                By: /s/ Monica Espino
                Florida Bar No. 834491
                ESPINO LAW
                Counsel for Plaintiff
                2655 S Le Jeune Road, Suite 802
                Miami, Florida 33134
                Telephone: (305) 704-3172
                Facsimile: (305) 722-7378
                E-mail: me@espino-law.com
                Secondary: legal@espino-law.com