## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DAVID LORENZO CRUZ,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　Case No:  6:19-cv-1159-Orl-40EJK

**KAI JIE INC.,**

    **Defendant.**

| | | | |
|---|---|---|---|
| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | 5C |
| **DEPUTY CLERK:** | N. Rodriguez | **COUNSEL FOR PLAINTIFF:** | Monica Espino |
| **AUDIO RECORDING:** | Digital Orlando_Digital_Transcripts @flmd.uscourts.gov | **COUNSEL FOR DEFENDANT:** | Baya Whitman Harrison, IV |
| **DATE/TIME:** **TOTAL TIME:** | March 4, 2020 9:58-10:02AM 4 minutes | | |

### CLERK'S MINUTES
### TELEPHONIC STATUS CONFERENCE

Case called, appearances made, procedural setting by the Court.
Hearing held re mediation and settlement conference.
Parties shall file a notice to the Court with proposed dates for a Settlement Conference if the case is not resolved at mediation.
Court adjourned.